UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTOR LACAYO MARIN | CIVIL ACTION |
| VERSUS | NO. 14-1154 |
| ST. CHARLES PARISH SHERIFF'S OFFICE, ET AL. | SECTION "N"(3) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on October 23, 2014 (Rec. Doc. No. 18), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 4th day of November, 2014.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE